L. Christopher Rose, Esq.
Nevada Bar No. 7500
Charles T. Cook, Esq.
Nevada Bar No. 1516
JOLLEY URGA WIRTH WOODBURY
  & STANDISH
3800 Howard Hughes Pkwy., 16th Floor
Las Vegas, Nevada  89169
Telephone:   (702) 699-7500
Facsimile:    (702) 699-7555

*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| FIRST BANK, A Missouri Banking Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH AT SOUTH LAS VEGAS, a Nevada non profit company,<br><br>Defendant. | Case No. 2:11-CV-00998-PMP-CWH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), there being no answer or motion for summary judgment filed in this matter by Defendant The Church at South Las Vegas, Plaintiff First Bank hereby gives notice of voluntary dismissal of its Complaint.

DATED this __10__ day of January, 2013.

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated:  January 11, 2013.

JOLLEY URGA WIRTH WOODBURY
  & STANDISH

By: _____
L. Christopher Rose, Esq., #7500
Charles T. Cook, Esq., #1516
3800 Howard Hughes Pkwy., 16th Floor
Las Vegas, Nevada 89169
*Attorney for Plaintiff*